PEOPLE *ex rel.* MANNING *v.* McCLAVE *et al.*, Police Commissioners.

*(Supreme Court, General Term, First Department.* June 6, 1890.)

1. MUNICIPAL CORPORATIONS—DISMISSAL OF POLICEMAN.
    The board of police commissioners of the city of New York is the judge as to whether dismissal from the police force is the proper penalty for a violation by a policeman of the rules of the department.

2. SAME.
    It is no excuse for such violation that the policeman made a mistake of judgment.

*Certiorari* to police commissioners.

Proceedings by the people *ex rel.* Thomas F. Manning against John Mc-Clave and others, constituting the board of police commissioners of the police department of the city of New York. Relator was dismissed from the police force on a charge of having failed to arrest a man charged with a criminal offense, and to report his absence from his post, as required by the rules of the department.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*L. J. Grant*, for relator. *William H. Clark, (Edward H. Hawke, Jr., Charles A. O'Neil,* and *J. J. Delany,* of counsel,) for respondents.

VAN BRUNT, P. J. The admissions of the relator show that he violated the rules of the police department, and it is no excuse to say that such violation was a mere mistake of judgment. The board of police was the judge of the amount of punishment to be inflicted for such violation, with which this court cannot interfere. The proceedings should be affirmed, and the writ dismissed. All concur.